**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1398

TRUMILLA FOREMAN,

Plaintiff - Appellant,

versus

ALLEN WEINSTEIN, Doctor; NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, District Judge.
(8:05-cv-03342-PJM)

Submitted:  November 30, 2007      Decided:  December 17, 2007

Before MICHAEL and DUNCAN, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Trumilla Foreman, Appellant Pro Se.  Larry David Adams, Assistant
United States Attorney, Neil Ray White, OFFICE OF THE UNITED STATES
ATTORNEY, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trumilla Foreman appeals the district court's order granting summary judgment to the Defendants in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Foreman v. Weinstein, No. 8:05-cv-03342-PJM (D. Md. filed March 27, 2007; entered March 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED